UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1495
(3:23-cv-00160-FDW-SCR)

_____

CHRISTOPHER JOHN BILLESDON

Plaintiff - Appellee

v.

WELLS FARGO SECURITIES, LLC

Defendant - Appellant

_____

O R D E R

_____

The parties shall submit simultaneous supplemental briefing on whether Christopher Billesdon had Article III standing to bring the failure-to-accommodate claim. The briefs are due on June 12, 2026, and shall not exceed 3,750 words.

For the Court

/s/ Nwamaka Anowi, Clerk