FILED: September 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1495
(3:23-cv-00160-FDW-SCR)

---

CHRISTOPHER JOHN BILLESDON

Plaintiff - Appellee

v.

WELLS FARGO SECURITIES, LLC

Defendant - Appellant

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; THE NATIONAL DISABILITY RIGHTS NETWORK

Amici Supporting Rehearing Petition

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Richardson, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk